**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

David Trout,

          Plaintiff,                              Case No. 2:26-cv-445
                                                   District Judge James L. Graham
    v.                                    Magistrate Judge Kimberly A. Jolson

SOCF/LECI Medical Supervisors, *et al.*,

          Defendants.

Order

       This matter is before the Court on the Magistrate Judge's July 1, 2026 Report and Recommendation. The Magistrate Judge recommended that the complaint be dismissed for failure to prosecute. Plaintiff had filed the complaint *pro se* but did not to pay the filing fee or seek leave to proceed *in forma pauperis*. Though a Notice of Deficiency was issued to plaintiff, he has not cured the deficiency. Once the cure period had passed, the Magistrate Judge recommended dismissal after evaluating the factors set forth in *Schafer v. City of Defiance Police Dep't.*, 529 F.3d 731, 737 (6th Cir. 2008).

       Plaintiff did not file an objection to the Report and Recommendation. Upon review, the Court agrees with the Magistrate Judge's analysis. Accordingly, the Report and Recommendation (Doc. 10) is ADOPTED, and this action is DISMISSED for failure to prosecute.

                                               *s/ James L. Graham*
                                             JAMES L. GRAHAM
DATE: July 20, 2026                            United States District Judge